UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GENE WOOTON, | ) Case No. CV 09-7906-VBF(RC) |
| Petitioner, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| UNITED STATES PAROLE COMMISSION, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's untimely objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of mandamus and dismissing the action without prejudice.

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.

5 DATED:   6-22-10

                                */s/ Valerie Baker Fairbank*
7                           VALERIE BAKER FAIRBANK
                          UNITED STATES DISTRICT JUDGE

9 R&Rs\09-7906.ado
  4/12/10

2