UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GENE WOOTON, | ) Case No. CV 09-7906-VBF(RC) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| UNITED STATES PAROLE COMMISSION, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of mandamus is denied and the action is dismissed without prejudice.

DATED: 6-22-10

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\09-7906.jud
4/12/10